1  Steven C. Kim, Esq. (SBN 121838)
   Gabriel Colorado, Esq. (SBN 119659)
2  LAW OFFICES OF STEVEN C. KIM
      & ASSOCIATES
3  3701 Wilshire Boulevard, Suite 1040
   Los Angeles, California 90010
4  Telephone (213) 365-7007
   Facsimile   (213) 365-7001
5  E-mail: stevenckim@sbcglobal.net
   E-mail: gabriel.colorado@sbcglobal.net
6
   Attorneys for Defendant/Third Party Plaintiff
7  CORNERSTONE APPAREL, INC.

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | L.A. PRINTEX INDUSTRIES, INC., a | Case No. CV12-4094 DSF (JEMx)
   | California Corporation,
12 |
   |       Plaintiff,
13 |
   |       vs.                        | **ORDER ON STIPULATION FOR**
14 |                                  | **PROTECTIVE ORDER**
   | MEGA PRINTEX, INC., a California
15 | Corporation; et al.,
   |
16 |       Defendants.
17 |
   | AND RELATED CROSS-ACTION
18

19

20       The Court having considered the Stipulation for Protective Order by and

21  among Plaintiff L.A. PRINTEX INDUSTRIES, INC. and Defendants

22  CORNERSTONE APPAREL, INC., ONE STEP UP LTD., ROSS STORES, INC.,

23  and BURLINGTON COAT FACTORY WAREHOUSE, INC. ("Defendants") setting

24  forth the terms and conditions that shall govern the handling, disclosure and

25  release of documents produced by Defendants in response to any demand for

26  production by Plaintiff, and produced by Plaintiff in response to any demand for

27  production by Defendants,

28
   433177.1
   11060.188\120914\ORDER.dg1                    1

1    IT IS HEREBY ORDERED that the Stipulation for Protective Order shall

2  govern the handling, disclosure and release of documents by Defendants in

3  response to any demand for production by Plaintiff, and produced by Plaintiff in

4  response to any demand for production by Defendants.

5

6  Dated: September 28, 2012              */s/John E. McDermott*_____

7                                          JOHN E. MCDERMOTT
                                           UNITED STATES MAGISTRATE
8                                          JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

433177.1
11060.188\120914\ORDER.dg1                         2

**ORDER ON STIPULATION FOR PROTECTIVE ORDER**